## BOARD OF EDUCATION OF HICKORY v. BLICKENSDERFER

No. 565PA95

Case below: 120 N.C.App. 645

Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 8 February 1996.

## BOARD OF EDUCATION OF HICKORY v. BRITTAIN

No. 563PA95

Case below: 120 N.C.App. 645

Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 8 February 1996.

## BOARD OF EDUCATION OF HICKORY v. LATTA

No. 564PA95

Case below: 120 N.C.App. 645

Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 8 February 1996.

## BOARD OF EDUCATION OF HICKORY v. SEAGLE

No. 518PA95

Case below: 120 N.C.App. 566

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 8 February 1996.

## BRADSHAW v. BOLCH

No. 492P95

Case below: 120 N.C.App. 642

Petition by unnamed defendant (N.C. Farm Bureau Mutual Insurance Company) for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.